■ In the Matter of HEZEKIAH L., Respondent, v PAMELA A.L.,
Appellant. [938 NYS2d 87]—

In this child custody matter, respondent, the child's paternal
aunt, was adjudicated the child's guardian on consent of the
parents and had custody of the child for approximately three
years prior to petitioner father filing a petition to vacate the or-
der of guardianship and seeking custody of the child. In oppos-
ing the petition, respondent failed to establish extraordinary
circumstances that "drastically affect" the child's welfare, suf-
ficient to deny petitioner, the biological father, custody of his
child (*see Matter of Bennett v Jeffreys*, 40 NY2d 543, 544, 549
[1976]). Although the child lived with respondent for six years,
the father maintained contact with the child except when
prevented from doing so by respondent, visited the child on a
regular basis and provided material support for the child.

Respondent's contention, raised for the first time on appeal,
that she was prejudiced by the Family Court's refusal to consider
the opinion of the forensic evaluator in connection with the
extraordinary circumstances determination is not preserved for
appellate review. We note, however, that the court properly
exercised its discretion in this regard since the report is rele-
vant only to the best interests determination, which the court
never reached since respondent did not establish extraordinary
circumstances (*Matter of Dickson v Lascaris*, 53 NY2d 204, 208
[1981]; *Matter of Bennett*, 40 NY2d at 548). In any event, the
report is unreliable since respondent concealed from the evalua-
tor repeated incidents of domestic violence in her home.

The court properly exercised its discretion in denying
respondent's request to adjourn the hearing upon her failure to
appear in person, since the proceedings were already protracted,
respondent failed to appear on previous occasions despite court

orders, and she had the opportunity to present evidence on the subsequent days of the hearing. Concur—Mazzarelli, J.P., Saxe, Moskowitz, Freedman and Manzanet-Daniels, JJ.